1  NIALL P. McCARTHY (#160175)
   nmccarthy@cpmlegal.com
2  NANCY L. FINEMAN (#124870)
   nfineman@cpmlegal.com
3  **COTCHETT, PITRE &**
   **McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA  94010
   Telephone: (650) 697-6000
6  Facsimile:  (650) 697-0577

7  JOHN M. KELSON (#75462)
   kelsonlaw@sbcglobal.net
8  **JOHN M. KELSON LAW OFFICE**
   1999 Harrison Street, Suite 700
9  Oakland, CA 94612
   Telephone: (510) 465-1326
10 Facsimile: (510) 465-0871

11 Attorneys for Plaintiff
   Harkant Dhruv and the Class
12

13
                    **UNITED STATES DISTRICT COURT**
14
                  **NORTHERN DISTRICT OF CALIFORNIA**
15
   **HARKANT DHRUV,** on behalf of     )    Case No. _____
16 himself and all others similarly    )
   situated,                           )    **CLASS ACTION**
17                                      )
                   Plaintiff,          )    **CERTIFICATION OF**
18                                      )    **INTERESTED ENTITIES OR**
                                        )    **PERSONS PURSUANT TO LOCAL**
19       vs.                            )    **RULE 3-16**
                                        )
20                                      )
   **AXA EQUITABLE LIFE**               )
21 **INSURANCE COMPANY,**               )
   et al.,                             )
22                                      )
                                        )
23                 Defendants.          )
                                        )
24 _____ )

25

26

27

28

⊕
LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY
_____
**CERTIFICATION OF INTERESTED ENTITIES**
**OR PERSONS PURSUANT TO LOCAL RULE 3-16**

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

2    than the named plaintiff, there is no such interest to report.

3

4    Dated: August 23, 2007          **COTCHETT, PITRE & McCARTHY**

5                                    **JOHN M. KELSON LAW OFFICE**

6

7    By: _____

       NIALL P. McCARTHY

8
     *Attorneys for Plaintiff Harkant Dhruv*
9    *and the Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

**CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS PURSUANT TO LOCAL RULE 3-16**