NIALL P. McCARTHY (#160175)
nmccarthy@cpmlegal.com
NANCY L. FINEMAN (#124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

JOHN M. KELSON (#75462)
kelsonlaw@sbcglobal.net
**JOHN M. KELSON LAW OFFICE**
1999 Harrison Street, Suite 700
Oakland, CA 94612
Telephone: (510) 465-1326
Facsimile: (510) 465-0871

Attorneys for Plaintiff
Harkant Dhruv and the Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARKANT DHRUV,** on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**AXA EQUITABLE LIFE INSURANCE COMPANY,** et al.,<br><br>　　　　　　Defendants. | Case No. _____ 4368<br><br>**CLASS ACTION**<br><br>**WHA**<br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12.** |

LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY

ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12

Pursuant to Local Rule 3-12, plaintiff Harkant Dhruv hereby moves for the Court's consideration whether the above-captioned case, *Dhruv v. AXA Equitable Life Insurance Company* is related to the earlier filed cases: (1) *Bolea v. AXA Advisors, LLC, et al.* (C07-02777) and (2) *Meola v. AXA Financial, Inc., et al.* (06-CV-04291-JSW).

The *Dhruv*, *Bolea*, and *Meola* actions appear to be related in that they all allege the same causes of action for the same relevant events and against the same defendants. Like the Plaintiffs in those cases, Plaintiff herein alleges that, as a Financial Services Professional for AXA, he is entitled to overtime pay pursuant to the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and under California wage and hour statutes. Based on these similarities, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges in this District. Accordingly, these actions meet the definition of related cases stated in Local Rule 3-12.

Dated: August 23, 2007         **COTCHETT, PITRE & McCARTHY**
                               **JOHN M. KELSON LAW OFFICE**

                               By: /s/ Niall P. McCarthy
                               ─────────────────────────
                               NIALL P. McCARTHY

                               *Attorneys for Plaintiff Harkant Dhruv and the Class*