1  NIALL P. McCARTHY (#160175)
   nmccarthy@cpmlegal.com
2  NANCY L. FINEMAN (#124870)
   nfineman@cpmlegal.com
3  **COTCHETT, PITRE &**
   **McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
   Telephone: (650) 697-6000
6  Facsimile: (650) 697-0577

7  JOHN M. KELSON (#75462)
   kelsonlaw@sbcglobal.net
8  **JOHN M. KELSON LAW**
   **OFFICE**
9  1999 Harrison Street, Suite 700
   Oakland, CA 94612
10 Telephone: (510) 465-1326
   Facsimile: (510) 465-0871

11
   Attorneys for Plaintiff
12 Harkant Dhruv and the Class

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARKANT DHRUV, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. C 07 4368 WHA<br><br>**CLASS ACTION**<br><br>PROOF OF SERVICE |

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

PROOF OF SERVICE

*Dhruv v. AXA Equitable, et al.*
US District Court, ND California Case No. C-07-4368

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am a citizen of the United States, over the age of 18 years and not a party to the within cause. My business address is the Law Offices of Cotchett, Pitre & McCarthy, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010.

On August 29, 2007, I served the following document(s) in the manner described below:

1) **CLASS ACTION COMPLAINT**

2) **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12**

3) **[PROPOSED] RELATED CASE ORDER**

__X__ **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

___ **BY FACSIMILE:** I am readily familiar with this firm's practice for causing documents to be served by facsimile. Following that practice, I caused the aforementioned document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below:

___ **BY OVERNIGHT COURIER SERVICE:** I am readily familiar with this firm's practice for causing documents to be served by overnight courier. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below

___ **BY PERSONAL SERVICE:** I personally hand delivered a sealed envelope containing the aforementioned document(s) to be the addressee(s) specified below.

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on August 29, 2007.

*/s/ JoAnne Lein*
JoAnne Lein

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

PROOF OF SERVICE

***Dhruv v. AXA Equitable, et al.***
<u>**US District Court, ND California Case No. C-07-4368**</u>

### SERVICE LIST

| | |
|---|---|
| L. Timothy Fisher<br>Alan R. Plutzik<br>Schiffrin & Barroway<br>2125 Oak Grove Road, Suite 102<br>Walnut Creek, CA 94598<br>Tel: 925-945-0200<br>Fax: 925-945-8792 | *Counsel for Plaintiff Anthony Bolea* |
| Joseph D. Meltzer<br>Gerald D. Wells, III<br>Robert J. Gray<br>Schiffrin & Barroway<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: 610-667-7706<br>Fax: 610-667-7056 | *Counsel for Plaintiffs Anthony Bolea and Paul Meola* |
| Bryan King Sheldon<br>Lim, Ruger & Kim LLP<br>1055 West Seventh Street, Suite 2800<br>Los Angeles, CA 90017<br>Tel: 213-955-9500<br>Fax: 213-955-9511 | *Counsel for Plaintiff Paul Meola* |
| Mark Yablonovich<br>Marc Primo<br>Joseph Cho<br>Shawn Westrick<br>Initiative Legal Group LLP<br>1800 Century Park East, Suite 200<br>Los Angeles, CA 90067<br>Tel: 310-556-5637<br>Fax: 310-861-9051 | *Counsel for Plaintiff Carlton Lennon* |
| H. Sinclair Kerr, Jr.<br>Michael Von Loewenfeldt<br>Adrian J. Sawyer<br>Holly Hogan<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>Tel: 415-371-8500<br>Fax: 415-371-0500 | *Counsel for Defendants AXA Advisors LLC and AXA Equitable Life Insurance Co.* |