NIALL P. McCARTHY (#160175)
nmccarthy@cpmlegal.com
NANCY L. FINEMAN (#124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

JOHN M. KELSON (#75462)
kelsonlaw@sbcglobal.net
**JOHN M. KELSON LAW OFFICE**
1999 Harrison Street, Suite 700
Oakland, CA 94612
Telephone: (510) 465-1326
Facsimile: (510) 465-0871

Attorneys for Plaintiff
Harkant Dhruv and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARKANT DHRUV**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **AXA EQUITABLE LIFE INSURANCE CO.**; et al., <br><br> Defendants. | **No. C07-04368-WHA** <br><br> **CLASS ACTION** <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12.** |

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

**Administrative Mot. to Consider Whether Cases Should be Related:**
**Case Nos. 06-04291-JSW; 07-01858-JSW; 07-02777-JSW; 07-04368-WHA.**

| | |
|---|---|
| **PAUL MEOLA**, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.**; and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. C06-04291 JSW |
| **CARLTON M. LENNON**, individually, and on behalf of all other members of the general public similarly situated, **JAMES L. THOMPSON**, individually, and on behalf of all other members of the general public similarly situated,<br><br>    Plaintiffs<br><br>vs.<br><br>**AXA ADVISORS, LLC; AXA NETWORK, LLC**; and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. 07-01858 JSW |
| **ANTHONY BOLEA**, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**AXA ADVISORS, LLC** and **AXA EQUITABLE LIFE INSURANCE CO.**,<br><br>    Defendants. | No. C07-02777 JSW |

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

**Administrative Mot. to Consider Whether Cases Should be Related:**
**Case Nos. 06-04291-JSW; 07-01858-JSW; 07-02777-JSW; 07-04368-WHA.**

Plaintiff Harkant Dhruv hereby moves for the Court's consideration whether *Dhruv v. AXA Equitable Life Insurance Company, et al.* (C07-04368), filed on August 23, 2007, is related to the following earlier filed cases: (1) *Meola v. AXA Financial, Inc., et al.* (C06-04291-JSW), filed July 13, 2006; (2) *Lennon v. AXA Advisors, LLC, et al.* (C07-01858-JSW), filed April 3, 2007; and (3) *Bolea v. AXA Advisors, LLC, et al.* (C07-02777-JSW), filed May 29, 2007.

Pursuant to Local Rule 3-12(a), these actions are related. They involve substantially the same parties and events. The plaintiffs in all four cases allege the same causes of action arising out of these events against the same defendants. Like the plaintiffs in the above referenced cases, Plaintiff herein alleges that, as a Financial Services Professional for AXA, he is entitled to overtime pay pursuant to the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and under California wage and hour statutes. Based on these commonalities, it is likely there would be an unduly burdensome duplication of labor and expense or conflicting results if the cases were conducted before different judges in this district. Therefore, assignment of all four of these cases to a single judge would conserve judicial resources and promote an efficient determination of the actions.

In an August 31, 2007 hearing before Judge Jeffery White in *Meola*, counsel for all parties to the above referenced actions stated no objection to relating these four cases.

Dated: September 5, 2007   **COTCHETT, PITRE & McCARTHY**
**JOHN M. KELSON LAW OFFICE**

By: _____/s/_____
NANCY L. FINEMAN

*Attorneys for Plaintiff Harkant Dhruv and the Class*

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

**Administrative Mot. to Consider Whether Cases Should be Related:**
**Case Nos. 06-04291-JSW; 07-01858-JSW; 07-02777-JSW; 07-04368-WHA.**   1