NIALL P. McCARTHY (#160175)
nmccarthy@cpmlegal.com
NANCY L. FINEMAN (#124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

JOHN M. KELSON (#75462)
kelsonlaw@sbcglobal.net
**JOHN M. KELSON LAW OFFICE**
1999 Harrison Street, Suite 700
Oakland, CA 94612
Telephone: (510) 465-1326
Facsimile: (510) 465-0871

Attorneys for Plaintiff
Harkant Dhruv and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARKANT DHRUV**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**AXA EQUITABLE LIFE INSURANCE CO.**; et al.,<br><br>Defendants. | **No. C07-04368-WHA**<br><br>**CLASS ACTION**<br><br>**[Proposed] ORDER RELATING CASES** |

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

[Proposed] Order Relating Cases:
Nos. 06-04291-JSW; 07-01858-JSW; 07-02777-JSW; 07-04368-WHA.

| | | |
|---|---|---|
| 1 | | |
| 2 | **PAUL MEOLA**, individually, and on behalf of all others similarly situated, | **No. C06-04291 JSW** |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | **AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.**; and DOES 1 through 10, inclusive, | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | | |
| 10 | **CARLTON M. LENNON**, individually, and on behalf of all other members of the general public similarly situated, **JAMES L. THOMPSON**, individually, and on behalf of all other members of the general public similarly situated, | **No. 07-01858 JSW** |
| 11 | | |
| 12 | | |
| 13 | Plaintiffs | |
| 14 | vs. | |
| 15 | **AXA ADVISORS, LLC; AXA NETWORK, LLC**; and DOES 1 through 20, inclusive, | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |
| 19 | **ANTHONY BOLEA**, on behalf of himself and all others similarly situated, | **No. C07-02777 JSW** |
| 20 | Plaintiff, | |
| 21 | vs. | |
| 22 | **AXA ADVISORS, LLC** and **AXA EQUITABLE LIFE INSURANCE CO.**, | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

[Proposed] Order Relating Cases:
Nos. 06-04291-JSW; 07-01858-JSW; 07-02777-JSW; 07-04368-WHA.

The Court, having read and considered plaintiff Harkant Dhruv's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to L.R. 3-12, and based on the lack of objections voiced by counsel for any of the parties in the above referenced cases, in the August 31, 2007 hearing in *Meola* before Judge Jeffrey White, and good cause having been shown:

HEREBY ORDERS THAT:

*Dhruv v. AXA Equitable Life Insurance Company, et al.* (C07-04368) is related to the earlier filed cases: (1) *Meola v. AXA Financial, Inc., et al.* (C06-04291-JSW); (2) *Lennon v. AXA Advisors, LLC, et al.* (C07-01858-JSW); and (3) *Bolea v. AXA Advisors, LLC, et al.* (C07-02777-JSW).

Date: _____

Honorable William H. Alsup
United States District Judge

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

[Proposed] Order Relating Cases:
Nos. 06-04291-JSW; 07-01858-JSW; 07-02777-JSW; 07-04368-WHA.         1