| | |
|---|---|
| 1 | H. SINCLAIR KERR, JR. (61713)<br>MICHAEL VON LOEWENFELDT (178665) |
| 2 | ADRIAN J. SAWYER (203712)<br>HOLLY HOGAN (238714) |
| 3 | **KERR & WAGSTAFFE LLP**<br>100 Spear Street, Suite 1800 |
| 4 | San Francisco, CA 94105–1528<br>Telephone: (415) 371-8500 |
| 5 | Fax: (415) 371-0500 |
| 6 | Attorneys for Defendants |
| 7 | [Additional Counsel Listed<br>On Subsequent Pages] |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 06 4291 JSW<br><br>**JOINT REPORT REGARDING PARTIES CONSENT TO REASSIGNMENT TO A MAGISTRATE JUDGE**<br><br>Hon. Jeffrey S. White |
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07 1858 JSW<br>(Related to C 06 4291 JSW) |

[Additional Captions On Following Page]

JOINT REPORT REGARDING PARTIES CONSENT TO MAGISTRATE

818433.1

| | | |
|---|---|---|
| 1 | ANTHONY BOLEA, individually, and on behalf of all others similarly situated, | Case No. C 07 2777 JSW (Related to C 06 4291 JSW) |
| 2 | Plaintiff, | |
| 3 | | |
| 4 | v. | |
| 5 | AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO. | |
| 6 | | |
| 7 | Defendants. | |
| | HARKANT DHRUV, on behalf of himself and all others similarly situated, | Case No. C 07 4368 JSW (Related to C 06 4291 JSW) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | | |
| 11 | AXA EQUITABLE LIFE INSURANCE COMPANY, AXA ADVISORS, LLC; and AXA FINANCIAL SERVICES, LLC, | |
| 12 | | |
| 13 | Defendants. | |

BRYAN KING SHELDON (116219)
**LIM, RUGER & KIM LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

JOSEPH D. MELTZER *(admitted pro hac vice)*
GERALD D. WELLS, III *(admitted pro hac vice)*
ROBERT J. GRAY *(admitted pro hac vice)*
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff Meola

MARK YABLONOVICH (186670)
MARC PRIMO (216796)
JOSEPH CHO (198844)
SHAWN WESTRICK (235513)
**INITIATIVE LEGAL GROUP LLP**
1800 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

818433.1

1
**JOINT REPORT REGARDING PARTIES CONSENT TO MAGISTRATE**

Attorneys for Plaintiffs Lennon & Thompson

ALAN R. PLUTZIK
L. TIMOTHY FISHER
**SCHIFFRIN BARROWAY TOPAZ &**
**KESSLER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 90067
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

JOSEPH H. MELTZER
GERALD D. WELLS, III
ROBERT J. GRAY
**SCHIFFRIN BARROWAY TOPAZ &**
**KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7506

R. BRUCE CARLSON
GARY F. LYNCH
**CARLSON LYNCH LTD**
P.O. Box 367
231 Melville Lane
Sewickley, PA 15143
Telephone: 412-749-1677
Facsimile: 412-749-1686

A. HOYT ROWELL, III
DANIEL O. MYERS
**RICHARDSON PATRICK**
**WESTBROOK & BRICKMAN LLC**
1037 Chuck Dawley Blvd., Bldg A
Mt. Pleasant, SC 29464

Attorneys for Plaintiff Bolea

NIALL P. MCCARTHY (#160175)
NANCY L. FINEMAN (#124870)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

1  JOHN M. KELSON (#75462)
2  **LAW OFFICES OF JOHN M. KELSON**
   1999 Harrison Street, Suite 700
3  Oakland, CA 94612
   Telephone: (510) 465-1326
4  Facsimile: (510) 465-0871
5
   Attorneys for Plaintiff Dhruv

Pursuant to the Court's Order of August 31, 2007, directing the parties to submit an omnibus submission advising the Court whether all parties consent to reassignment to a Magistrate Judge, the parties hereby state that they have failed to unanimously agree to reassignment to a Magistrate Judge for all purposes.

DATED: September 14, 2007

**KERR & WAGSTAFFE LLP**

By: /s/ Adrian J. Sawyer (BKS)
Adrian J. Sawyer

Attorneys for Defendants

DATED: September 14, 2007

**LIM, RUGER & KIM, LLP**

By: /s/ Bryan King Sheldon
Bryan King Sheldon

Local Counsel for Plaintiff
PAUL MEOLA

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

Lead Counsel for Plaintiff
PAUL MEOLA

DATED: September 14, 2007

**INITIATIVE LEGAL GROUP LLP**

By: /s/ Joseph Cho (BKS)
Joseph Cho (198844)

Counsel for Plaintiffs
CARLTON LENNON and JAMES THOMPSON

DATED: September 14, 2007

**CARLSON LYNCH**

By: /s/ Gary F. Lynch (BKS)
Gary F. Lynch

**JOINT REPORT REGARDING PARTIES CONSENT TO MAGISTRATE**

- 4 -

818433.1

| | |
|---|---|
| 1 | Counsel for Plaintiff |
| 2 | ANTHONY BOLEA |
| 3 DATED: September 14, 2007 | **COTCHETT, PITRE & McCARTHY** |
| 4 | |
| 5 | By: _/s/ Nancy Fineman (BFS)_ |
| | Nancy Fineman (124870) |
| 6 | |
| 7 | Counsel for Plaintiff |
| | HARKANT DHRUV |

**JOINT REPORT REGARDING PARTIES CONSENT TO MAGISTRATE**

- 5 -

818433.1