1  H. SINCLAIR KERR, JR. (61713)
   MICHAEL VON LOEWENFELDT (178665)
2  ADRIAN J. SAWYER (203712)
   HOLLY HOGAN (238714)
3  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
4  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
5  Fax: (415) 371-0500

6  Attorneys for Defendants

7  [Additional Counsel Listed
   On Subsequent Pages]

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
10

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of all others similarly situated, | Case No. C 06 4291 JSW |
| Plaintiff, | **JOINT STIPULATION REGARDING THE FILING OF PLAINTIFFS' CONSOLIDATION PAPERS** |
| vs. | |
| AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive, | Hon. Jeffrey S. White |
| Defendants. | |
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated, | Case No. C 07 1858 JSW (Related to C 06 4291 JSW) |
| Plaintiffs, | |
| vs. | |
| AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive, | |
| Defendants. | |

[Additional Captions On Following Page]

---

Case No. C 06 4291 JSW                                           JOINT STIPULATION

|   |   |
|---|---|
| ANTHONY BOLEA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO.<br><br>Defendants. | Case No. C 07 2777 JSW<br>(Related to C 06 4291 JSW) |
| HARKANT DHRUV, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, AXA ADVISORS, LLC; and AXA FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No. C 07 4368 JSW<br>(Related to C 06 4291 JSW) |

BRYAN KING SHELDON (116219)
**LIM, RUGER & KIM LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

JOSEPH D. MELTZER *(admitted pro hac vice)*
GERALD D. WELLS, III *(admitted pro hac vice)*
ROBERT J. GRAY *(admitted pro hac vice)*
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff Meola

MARK YABLONOVICH (186670)
MARC PRIMO (216796)
JOSEPH CHO (198844)
SHAWN WESTRICK (235513)
**INITIATIVE LEGAL GROUP LLP**
1800 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

**Case No. C 06 4291 JSW**                                                                                         **JOINT STIPULATION**

1  Attorneys for Plaintiffs Lennon & Thompson

2  ALAN R. PLUTZIK
3  L. TIMOTHY FISHER
   **SCHIFFRIN BARROWAY TOPAZ &**
4  **KESSLER, LLP**
   2125 Oak Grove Road, Suite 120
5  Walnut Creek, CA 90067
   Telephone: (925) 945-0770
6  Facsimile: (925) 945-8792

7
   JOSEPH H. MELTZER
8  GERALD D. WELLS, III
   ROBERT J. GRAY
9  **SCHIFFRIN BARROWAY TOPAZ &**
   **KESSLER, LLP**
10 280 King of Prussia Road
11 Radnor, PA 19087
   Telephone: (610) 667-7706
12 Facsimile: (610) 667-7506

13 R. BRUCE CARLSON
   GARY F. LYNCH
14 **CARLSON LYNCH LTD**
15 P.O. Box 367
   231 Melville Lane
16 Sewickley, PA  15143
   Telephone: 412-749-1677
17 Facsimile:  412-749-1686

18
   A. HOYT ROWELL, III
19 DANIEL O. MYERS
   **RICHARDSON PATRICK**
20 **WESTBROOK & BRICKMAN LLC**
   1037 Chuck Dawley Blvd., Bldg A
21 Mt. Pleasant, SC 29464

22
   Attorneys for Plaintiff Bolea
23
   NIALL P. MCCARTHY (#160175)
24 NANCY L. FINEMAN (#124870)
   **COTCHETT, PITRE & McCARTHY**
25 San Francisco Airport Office Center
26 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
27 Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
28

**Case No. C 06 4291 JSW**                                    **JOINT STIPULATION**

1  JOHN M. KELSON (#75462)
   **LAW OFFICES OF JOHN M. KELSON**
2  1999 Harrison Street, Suite 700
3  Oakland, CA 94612
   Telephone: (510) 465-1326
4  Facsimile: (510) 465-0871

5  Attorneys for Plaintiff Dhruv

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case No. C 06 4291 JSW**                                          **JOINT STIPULATION**


1  The parties in the above-captioned actions, by and through their counsel of record, hereby
2  stipulate as follows:
3  WHEREAS, Plaintiffs in the above-captioned matters ("Plaintiffs") indicated to the Court
4  at the Case Management Conference held on August 31, 2007 that they intended to file
5  consolidation papers, consolidating the actions for all purposes, and concomitantly a
6  consolidated complaint;
7  WHEREAS, the Court directed Plaintiffs to file such pleadings by September 21, 2007;
8  WHEREAS, Plaintiffs have contacted Defendants to determine if Defendants will
9  stipulate to such filings;
10  WHEREAS, Defendants need sufficient time to review Plaintiffs' proposed consolidated
11  complaint before making any such determination;
12  IT IS HEREBY STIPULATED AND AGREED that the time for Plaintiffs to file their
13  consolidation papers and related pleadings is hereby moved from September 21, 2007 to October
14  5, 2007.

16  DATED: September 20, 2007

**KERR & WAGSTAFFE LLP**

By: _____s/_____
Michael von Loewenfeldt

Attorneys for Defendants

DATED: September 20, 2007

**LIM, RUGER & KIM, LLP**

By: _____s/_____
Bryan King Sheldon

Local Counsel for Plaintiff
PAUL MEOLA

1

Case No. C 06 4291 JSW                                                           JOINT STIPULATION

|   |   |
|---|---|
|   | **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** |
|   | Lead Counsel for Plaintiff PAUL MEOLA |
| DATED: September 20, 2007 | **INITIATIVE LEGAL GROUP LLP** |
|   | By: _____s/_____ Joseph Cho |
|   | Counsel for Plaintiffs CARLTON LENNON and JAMES THOMPSON |
| DATED: September 20, 2007 | **CARLSON LYNCH** |
|   | By: _____s/_____ Gary F. Lynch |
|   | Counsel for Plaintiff ANTHONY BOLEA |
| DATED: September 20, 2007 | **COTCHETT, PITRE & McCARTHY** |
|   | By: _____s/_____ Nancy Fineman |
|   | Counsel for Plaintiff HARKANT DHRUV |

SO ORDERED

_____
Jeffrey S. White, U.S.D.J.

2

**Case No. C 06 4291 JSW**                                                                 **JOINT STIPULATION**

1  I, Michael von Loewenfeldt, am the ECF User whose ID and password are being
2  used to file this Joint Administrative Motion to Consider Whether Cases Should Be Related.  In
3  compliance with General Order 45, X.B., I hereby attest Messrs. Bryan King Sheldon, Gary F.
4  Lynch, Nancy Fineman and Joseph Cho, counsel for Plaintiffs above captioned cases,
5  respectively, have concurred in this filing.

7  DATED: September 20, 2007

8  **KERR & WAGSTAFFE LLP**

9  By: _____s/_____
10        Michael von Loewenfeldt

11  Attorneys for Defendants

3