1  H. SINCLAIR KERR, JR. (61713)
   MICHAEL VON LOEWENFELDT (178665)
2  ADRIAN J. SAWYER (203712)
   HOLLY HOGAN (238714)
3  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
4  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
5  Fax: (415) 371-0500

6  Attorneys for Defendants

7  [Additional Counsel Listed
   On Subsequent Pages]

8

9               **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 06 4291 JSW<br><br>**JOINT STIPULATION REGARDING THE FILING OF PLAINTIFFS' CONSOLIDATION PAPERS**<br><br>Hon. Jeffrey S. White |
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07 1858 JSW<br>(Related to C 06 4291 JSW) |

26  [Additional Captions On Following Page]

27

28

**Case No. C 06 4291 JSW**                                                        **JOINT STIPULATION**

|   |   |
|---|---|
| ANTHONY BOLEA, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO.<br><br>        Defendants. | Case No. C 07 2777 JSW<br>(Related to C 06 4291 JSW) |
| HARKANT DHRUV, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, AXA ADVISORS, LLC; and AXA FINANCIAL SERVICES, LLC,<br><br>        Defendants. | Case No. C 07 4368 JSW<br>(Related to C 06 4291 JSW) |

BRYAN KING SHELDON (116219)
**LIM, RUGER & KIM LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

JOSEPH D. MELTZER *(admitted pro hac vice)*
GERALD D. WELLS, III *(admitted pro hac vice)*
ROBERT J. GRAY *(admitted pro hac vice)*
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff Meola

MARK YABLONOVICH (186670)
MARC PRIMO (216796)
JOSEPH CHO (198844)
SHAWN WESTRICK (235513)
**INITIATIVE LEGAL GROUP LLP**
1800 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

**Case No. C 06 4291 JSW**                                                                                  **JOINT STIPULATION**

| | |
|---|---|
| 1 | Attorneys for Plaintiffs Lennon & Thompson |
| 2 | ALAN R. PLUTZIK |
| 3 | L. TIMOTHY FISHER<br>**SCHIFFRIN BARROWAY TOPAZ &** |
| 4 | **KESSLER, LLP**<br>2125 Oak Grove Road, Suite 120 |
| 5 | Walnut Creek, CA 90067<br>Telephone: (925) 945-0770 |
| 6 | Facsimile: (925) 945-8792 |
| 7 | JOSEPH H. MELTZER |
| 8 | GERALD D. WELLS, III<br>ROBERT J. GRAY |
| 9 | **SCHIFFRIN BARROWAY TOPAZ &**<br>**KESSLER, LLP** |
| 10 | 280 King of Prussia Road |
| 11 | Radnor, PA 19087<br>Telephone: (610) 667-7706 |
| 12 | Facsimile: (610) 667-7506 |
| 13 | R. BRUCE CARLSON |
| 14 | GARY F. LYNCH<br>**CARLSON LYNCH LTD** |
| 15 | P.O. Box 367<br>231 Melville Lane |
| 16 | Sewickley, PA 15143<br>Telephone: 412-749-1677 |
| 17 | Facsimile: 412-749-1686 |
| 18 | A. HOYT ROWELL, III |
| 19 | DANIEL O. MYERS<br>**RICHARDSON PATRICK** |
| 20 | **WESTBROOK & BRICKMAN LLC**<br>1037 Chuck Dawley Blvd., Bldg A |
| 21 | Mt. Pleasant, SC 29464 |
| 22 | Attorneys for Plaintiff Bolea |
| 23 | NIALL P. MCCARTHY (#160175) |
| 24 | NANCY L. FINEMAN (#124870)<br>**COTCHETT, PITRE & McCARTHY** |
| 25 | San Francisco Airport Office Center |
| 26 | 840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 |
| 27 | Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 |
| 28 | |

**Case No. C 06 4291 JSW**                                                                                                  JOINT STIPULATION

1  JOHN M. KELSON (#75462)
   **LAW OFFICES OF JOHN M. KELSON**
2  1999 Harrison Street, Suite 700
3  Oakland, CA 94612
   Telephone: (510) 465-1326
4  Facsimile: (510) 465-0871

5  Attorneys for Plaintiff Dhruv

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Case No. C 06 4291 JSW**                                              **JOINT STIPULATION**

1  The parties in the above-captioned actions, by and through their counsel of record, hereby
2  stipulate as follows:
3  WHEREAS, Plaintiffs in the above-captioned matters ("Plaintiffs") indicated to the Court
4  at the Case Management Conference held on August 31, 2007 that they intended to file
5  consolidation papers, consolidating the actions for all purposes, and concomitantly a
6  consolidated complaint;
7  WHEREAS, the Court directed Plaintiffs to file such pleadings by September 21, 2007;
8  WHEREAS, Plaintiffs have contacted Defendants to determine if Defendants will
9  stipulate to such filings;
10 WHEREAS, Defendants need sufficient time to review Plaintiffs' proposed consolidated
11 complaint before making any such determination;
12 IT IS HEREBY STIPULATED AND AGREED that the time for Plaintiffs to file their
13 consolidation papers and related pleadings is hereby moved from September 21, 2007 to October
14 5, 2007.

15
16 DATED: September 20, 2007
17 **KERR & WAGSTAFFE LLP**
18 By: _____s/_____
19     Michael von Loewenfeldt
20     Attorneys for Defendants
21
22 DATED: September 20, 2007
    **LIM, RUGER & KIM, LLP**
23
24 By: _____s/_____
    Bryan King Sheldon
25
    Local Counsel for Plaintiff
26  PAUL MEOLA
27
28

1

**Case No. C 06 4291 JSW**                                                              **JOINT STIPULATION**

| | |
|---|---|
| 1 | **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** |
| 2 | |
| 3 | Lead Counsel for Plaintiff<br>PAUL MEOLA |
| 4  DATED: September 20, 2007 | **INITIATIVE LEGAL GROUP LLP** |
| 6 | By: _____s/_____<br>Joseph Cho |
| 8 | Counsel for Plaintiffs<br>CARLTON LENNON and JAMES THOMPSON |
| 9  DATED: September 20, 2007 | **CARLSON LYNCH** |
| 11 | By: _____s/_____<br>Gary F. Lynch |
| 13 | Counsel for Plaintiff<br>ANTHONY BOLEA |
| 14  DATED: September 20, 2007 | **COTCHETT, PITRE & McCARTHY** |
| 16 | By: _____s/_____<br>Nancy Fineman |
| 18 | Counsel for Plaintiff<br>HARKANT DHRUV |

SO ORDERED this 20th day of September.  Any motion, however, shall be noticed within the time frame contemplated by the local rules on one of this Court's available dates.
_____
Jeffrey S. White, U.S.D.J.

*[signature: Jeffrey S White]*

2

**Case No. C 06 4291 JSW**                                                                                                    **JOINT STIPULATION**

1  I, Michael von Loewenfeldt, am the ECF User whose ID and password are being
2  used to file this Joint Administrative Motion to Consider Whether Cases Should Be Related.  In
3  compliance with General Order 45, X.B., I hereby attest Messrs. Bryan King Sheldon, Gary F.
4  Lynch, Nancy Fineman and Joseph Cho, counsel for Plaintiffs above captioned cases,
5  respectively, have concurred in this filing.

7  DATED: September 20, 2007

**KERR & WAGSTAFFE LLP**

By: _____s/_____
Michael von Loewenfeldt

Attorneys for Defendants

3