1   NIALL P. McCARTHY (#160175)
    nmccarthy@cpmlegal.com
2   NANCY L. FINEMAN (#124870)
    nfineman@cpmlegal.com
3   **COTCHETT, PITRE & McCARTHY**
    San Francisco Airport Office Center
4   840 Malcolm Road, Suite 200
    Burlingame, CA  94010
5   Telephone: (650) 697-6000
    Facsimile:  (650) 697-0577
6
    GERALD D. WELLS III *(pro hac vice)*
7   gwells@sbtklaw.com
    **SCHIFFRIN BARROWAY TOPAZ**
8   **& KESSLER, LLP**
    280 King of Prussia Road
9   Radnor, PA 19087
    Telephone: (610) 667-7706
10  Facsimile: (610) 667-7056

11  Proposed Plaintiffs' Co-Lead Counsel

12

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15

16  |                                      | **No. C06-04291-JSW**
17  **PAUL MEOLA**, individually, and on
    behalf of himself and all others similarly | **CLASS ACTION**
    situated,
18                                            | **STIPULATION TO**
                                               **CONSOLIDATE CASES**
19              Plaintiff,                     **AND FILE CONSOLIDATED**
                                               **COMPLAINT**
20          vs.

21  **AXA FINANCIAL, INC.; AXA**
    **ADVISORS, LLC; AXA EQUITABLE**
22  **LIFE INSURANCE CO.;** and DOES 1
    through 10, inclusive,
23
                Defendants.
24

25

26

27

28

Stipulation to Consolidate Cases and File Consolidated Complaint;
Case Nos. C06-04291 JSW; C07-01858 JSW;  C07-02777 JSW; C07-04368-JSW

**CARLTON M. LENNON**, individually, and on behalf of all other members of the general public similarly situated, **JAMES L. THOMPSON**, individually, and on behalf of all other members of the general public similarly situated,

      Plaintiffs,

    vs.

**AXA ADVISORS, LLC; AXA NETWORK, LLC**; and DOES 1 through 20, inclusive,

      Defendants.

**No. 07-01858 JSW**

---

**ANTHONY BOLEA**, on behalf of himself and all others similarly situated,

      Plaintiff,

    vs.

**AXA ADVISORS, LLC** and **AXA EQUITABLE LIFE INSURANCE CO.**,

      Defendants.

**No. C07-02777 JSW**

---

**HARKANT DHRUV**, on behalf of himself and all others similarly situated,

      Plaintiff,

    vs.

**AXA EQUITABLE LIFE INSURANCE CO.**, et al.

      Defendants.

**No. C07-04368-JSW**

---

1  It is stipulated by the parties that the following cases pending before this
2  court shall be consolidated:

3  •  *Meolu v. Axa Financial, Inc., et al.*, No. C 06-04291JSW;

4  •  *Lennon v. Axa Advisors, LLC, et al.*, No. C 07-01858 JSW;

5  •  *Bolea v. Axa Financial, Inc., et al.*, No. C 06-04291 JSW;

6  •  *Dhruv v. Axa Equitable Life Insurance Company, et al.*, No. C 07-04368
7     JSW.

8  Consolidation of the cases pursuant to Fed. R. Civ. Proc. 42(a) is appropriate
9  because consolidation will result in a substantial savings of the resources of the
10  court and the parties, and no party will be prejudiced by consolidation.

11  The parties have also agreed that Plaintiffs may file a Consolidated
12  Complaint which will serve as the operative Complaint. The parties have met and
13  conferred regarding this complaint and are still meeting and conferring regarding
14  whether a certain company should be named as a defendant in the complaint. The
15  parties request that Plaintiffs have through October 19, 2007 to file the
16  Consolidated Complaint.

17  The foregoing stipulations in no way prejudice or restrict Defendants from
18  raising any objections or arguments in the future, including but not limited to: 1)
19  proper identification of defendants; 2) proper identification of class members or
20  the existence of a certifiable class or subclasses as the proper mode for resolving
21  these or any other cases in this or any other forum; 3) statute of limitations and
22  issues of relation back.

23  DATED: October 5, 2007          KERR & WAGSTAFFE LLP

24

25                                  By: _____/s/ Adrian J. Sawyer_____
26                                         Adrian J. Sawyer
                                       Attorneys for Defendants
27

28

**Stipulation to Consolidate Cases and File Consolidated Complaint;**
**Case Nos. C06-04291 JSW; C07-01858 JSW; C07-02777 JSW; C07-04368-JSW**

1

1  DATED: October 5, 2007          SCHIFFRIN BARROWAY TOPAZ &
                                    KESSLER, LLP
2

3
                                    By: _____ /s/ Gerald D. Wells, III _____
4                                            Gerald D. Wells, III
                                             Counsel for Plaintiff PAUL MEOLA
5
   DATED: October 5, 2007          INITIATIVE LEGAL GROUP LLP
6

7
                                    By: _____ /s/ Joseph Cho _____
8                                            Joseph Cho
                                             Counsel for Plaintiffs CARLTON
9                                            LENNON and JAMES THOMPSON

10
   DATED: October 5, 2007          CARLSON LYNCH
11

12
                                    By: _____ /s/ Gary F. Lynch _____
13                                           Gary F. Lynch
                                             Counsel for Plaintiff ANTHONY BOLEA
14

15 DATED: October 5, 2007          COTCHETT, PITRE & McCARTHY
                                    JOHN M. KELSON LAW OFFICE
16

17
                                    By: _____ /s/ Niall P. McCarthy _____
18                                           Niall P. McCarthy
                                             Counsel for Plaintiff HARKANT DHRUV
19

20      Based on the stipulation of the parties and good cause appearing, the Court

21 hereby orders that the cases be consolidated and that Plaintiff may file a First

22 Amended Consolidated Complaint, which complaint shall be filed on or before

23 October 19, 2007.

24      SO ORDERED, this ___ day of _____, 2007.

25

26
                                    _____
27                                  Hon. Jeffrey S. White
                                    United States District Court
28

Stipulation to Consolidate Cases and File Consolidated Complaint;
Case Nos. C06-04291 JSW; C07-01858 JSW;  C07-02777 JSW; C07-04368-JSW

2