1  NIALL P. McCARTHY (#160175)
   nmccarthy@cpmlegal.com
2  NANCY L. FINEMAN (#124870)
   nfineman@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
5  Telephone: (650) 697-6000
   Facsimile:  (650) 697-0577
6
   GERALD D. WELLS III *(pro hac vice)*
7  gwells@sbtklaw.com
   **SCHIFFRIN BARROWAY TOPAZ**
8  **& KESSLER, LLP**
   280 King of Prussia Road
9  Radnor, PA 19087
   Telephone: (610) 667-7706
10 Facsimile: (610) 667-7056

11 Proposed Plaintiffs' Co-Lead Counsel

12

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

|  |  |
|---|---|
| PAUL MEOLA, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C06-04291-JSW<br><br>**CLASS ACTION**<br><br>**MOTION FOR APPOINTMENT OF LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:  November 30, 2007<br>Time:  9:00 a.m.<br>Courtroom: 2<br>Hon. Jeffrey S. White |

---

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

| | |
|---|---|
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive,<br><br>        Defendants. | No. 07-01858 JSW |
| ANTHONY BOLEA, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO.,<br><br>        Defendants. | No. C07-02777 JSW |
| HARKANT DHRUV, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>AXA EQUITABLE LIFE INSURANCE CO., et al.<br><br>        Defendants. | No. C07-04368-JSW |

# TABLE OF CONTENTS

|  | Page |
|---|---|
| NOTICE OF MOTION AND MOTION | 1 |
| STATEMENT OF RELIEF SOUGHT | 2 |
| MEMORANDUM OF POINTS AND AUTHORITIES | 2 |
| I.   INTRODUCTION | 2 |
| II.  BACKGROUND OF ACTIONS | 2 |
| III. APPOINTMENT OF CO-LEAD COUNSEL IS APPROPRIATE | 3 |
|     1. Cotchett, Pitre & McCarthy | 4 |
|     2. Schiffrin Barroway Topaz & Kessler, LLP | 5 |
| V.   CONCLUSION | 8 |

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

i

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 30, 2007 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Jeffery S. White in Courtroom 2 of the United States District Court, Northern District of California, located at 450 Golden Gate Ave., San Francisco, CA 94122, Plaintiffs Paul Meola ("Meola"), Carlton M. Lennon ("Lennon"), James L. Thompson ("Thompson"), Anthony Bolea ("Bolea"), and Harkant Dhruv ("Dhruv"), (collectively "Plaintiffs"), will and hereby do move the Court for appointment of the law firms of Cotchett, Pitre & McCarthy and Schiffrin Barroway Topaz & Kessler, LLP, as Co-Lead Counsel, in conformity with the stipulated proposed Pretrial Order No. 1.

A copy of this Notice of Motion and Motion is being served on all counsel who have appeared in the above listed cases.

This Motion is made on the grounds that it will serve the interests of judicial economy and efficiency. Cotchett, Pitre & McCarthy and Schiffrin Barroway Topaz & Kessler LLP both will effectively and efficiently manage this litigation for Plaintiffs and both firms have extensive experience in complex cases and employment litigation, including wage and hour litigation.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Niall P. McCarthy and Gerald D. Wells, III, the pleadings and other files herein, and such other argument as may be permitted by the Court.

There have been discussions among Plaintiffs' counsel who all agree to the entry of the order. Defendants have been notified of the Motion and agree to the entry of proposed Pretrial Order No. 1. Declaration of Gerald D. Wells ("Wells Decl."), ¶ 13.

///

---

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

1

**STATEMENT OF RELIEF SOUGHT**

Through this motion, plaintiffs seek appointment of the firms of Cotchett, Pitre & McCarthy and Schiffrin Barroway Topaz & Kessler, LLP as Co-Lead Counsel.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  INTRODUCTION**

For the benefit of the Court, the parties, and the fair, efficient and economical resolution of these actions, the Court should appoint the law firms of **Cotchett, Pitre & McCarthy** and **Schiffrin Barroway Topaz & Kessler, LLP** as Plaintiffs' Co-Lead Counsel in these actions. Such appointment should be made because of both firms': (1) experience in complex cases, (2) ability to fairly, efficiently and economically represent the interests of all Plaintiffs and Plaintiffs' counsel; and (3) understanding of their obligations to the Court and the judicial system by accepting the responsibility of Co-Lead Counsel. Declaration of Niall P. McCarthy ("McCarthy Decl."), ¶¶ 1-8 and Exhibits A-F; Wells Decl., ¶¶ 3-12 and Exhibit A.

**II.  BACKGROUND OF ACTIONS**

These cases (collectively "*AXA Wage and Hour Cases*") all involve allegations that brokers employed by Defendants are entitled to overtime pay under federal and/or state law. The Honorable Jeffery S. White of this Court has issued orders relating all of these cases:

On May 17, 2007, the Honorable Jeffery S. White of this Court entered an order relating *Meola v. AXA Financial, Inc., et al.* (C06-04291) to *Lennon v. AXA Advisors, LLC, et al.* (C07-01858). McCarthy Decl., ¶ 8 and Exhibit G.

On August 29, 2007, the Honorable Jeffery S. White of this Court entered an order relating *Bolea v. AXA Advisors, LLC, et al.* (C07-02777) with *Meola v.*

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

2

1  *AXA Financial, Inc., et al.* (C06-04291) and *Lennon v. AXA Advisors, LLC, et al.*
2  (C07-01858). McCarthy Decl., ¶ 8 and Exhibit H.
3         On September 7, 2007, the Honorable Jeffery S. White of this Court entered
4  an order relating *Dhruv v. AXA Equitable Life Insurance Company, et al.* (C07-
5  04368) with *Meola v. AXA Financial, Inc., et al.* (C06-04291). McCarthy Decl., ¶
6  8 and Exhibit I.
7         Concurrent with this motion, the parties are filing a proposed Pretrial Order
8  No. 1, which reflects this consolidation.
9  **III.   APPOINTMENT OF CO-LEAD COUNSEL IS APPROPRIATE**
10        The ability of the court to select lead counsel is firmly established. *Vincent*
11 *v. Hughes Air West, Inc.*, 557 F.2d 759, 774 (9th Cir. 1977).
12        Accordingly, this Court is empowered to, and Plaintiffs suggest that the
13 Court should, appoint co-lead counsel in this proceeding in order to effectively
14 manage these cases, to avoid duplication of efforts, and to protect the interests of
15 the Plaintiffs.
16        Plaintiffs respectfully submit that the Cotchett, Pitre & McCarthy and
17 Schiffrin Barroway Topaz & Kessler, LLP firms be appointed as Co-Lead
18 Counsel. Both firms have the resources, commitment, experience and ability to
19 prosecute this litigation up to and including trial, as evidenced by the firms'
20 successes in numerous other complex civil cases. Further, both firms have
21 extensive experience in successfully representing both plaintiffs and defendants in
22 complex cases, including in employment matters. *See* McCarthy Decl., ¶¶ 4-7 and
23 Exhibits A-B; Wells Decl., ¶¶ 3-12 and Exhibit A.
24        As set forth in these declarations, both firms have served as lead counsel in
25 many complex actions and will strive to effectively and efficiently manage this
26 litigation for the Plaintiffs so as to preserve the Court's valuable time and
27 resources.
28

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

3

The Cotchett, Pitre & McCarthy and Schiffrin Barroway Topaz & Kessler, LLP firms are also committed to utilizing the skills of the other Plaintiffs' firms to successfully prosecute this action. There can be no dispute that a joint prosecution is the most efficient way to further the interests of the plaintiffs, as well as to serve the interests of judicial economy. These firms will work to focus the plaintiffs' energy and resources against the defendants, and not one another.

### 1.   Cotchett, Pitre & McCarthy

**Cotchett, Pitre & McCarthy**, with offices in the San Francisco Bay Area, Los Angeles and the East Coast, has over forty years experience in class action and complex litigation, including trying consolidated class action cases. Niall P. McCarthy, in particular, has served as co-lead counsel in several major class and consolidated actions in which the classes recovered multi-million dollar awards. These include: *In re Citigroup Loan Cases*, J.C.C.P. No. 4197 (San Francisco Cnty. Sup. Crt. 2003) (nationwide consolidated class settlement of $240 million on behalf of mortgage "flipping" and "packing" victims); *In re Household Lending Litigation*, No. C 02-1240 (N.D. Cal. 2003) (nationwide class settlement worth approximately $150 million on behalf of predatory lending victims); *Old Republic Consumer Fraud Litigation*, Nos. 996705, 996929 (San Francisco Cnty. Sup. Crt. 2001) ($14 million jury verdict for consolidated consumer class).

Nancy L. Fineman has over twenty years experience litigating complex cases, representing both plaintiffs and defendants. She currently is one of the lead attorneys representing the Independent Plaintiffs in *In re Natural Gas Antitrust Cases I, II, III and IV (JCCP)* (San Diego County Superior Court). She has previously been class counsel for municipalities and counties suing PG&E for underpayment of franchise fees.

Cotchett, Pitre & McCarthy also has significant experience handling employment matters, including wage and hour litigation. Presently, for example,

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

4

the firm is handling a wage/hour employment case with issues involving nationwide significance. The firm was recently appointed co-lead counsel in, *In re Wachovia Securities, LLC, Wage and Hour Litigation*, MDL No. 1807, Master File No. 05-CV-1031-DOC (C.D. Cal.), a consolidated action in the Central District of California with significant similarities to the instant case before the Court. Both Mr. McCarthy and Ms. Fineman are involved in the case. Other examples of the firm's cases are attached as Exhibit B to the McCarthy Decl.

Both federal and state courts have recognized the ability of the Cotchett, Pitre & McCarthy firm to efficiently and effectively represent Plaintiffs in complex cases. See Exhibits C-G to the McCarthy Decl. For example, in *In re Louisiana Pacific Corp. Inner-Seal OSB Trade Practices Litigation*, the Honorable Vaughn Walker, Chief United States District Judge for the Northern District of California, stated: "The Cotchett firm, in particular, has appeared before the court in other actions and the performance of its attorneys to date in this and in other cases is a testament to the ability of these attorneys." *Id.*, Exhibit C at p. 6:24-27. The Honorable Anthony J. Mohr of the Los Angeles County Superior Court in the Order Approving Award of Attorneys' Fees, Costs, and Class Representative Incentive Payments stated in *Banks v. Northern Trust Bank of California*: "Class Counsel have achieved an **excellent** result for the settlement class, . . . Class Counsel applied **extraordinary skill and thoughtfulness** in fashioning the complex settlement package and communicating it thoroughly and clearly to the class; . . ." *Id.*, Exhibit E at pp. 2:12, 3:13-14 (emphasis by court).

### 2. Schiffrin Barroway Topaz & Kessler, LLP

**Schiffrin Barroway Topaz & Kessler, LLP** ("SBTK"), with its principal office located outside of Philadelphia, Pennsylvania, specializes in complex class action litigation, representing investors, employees and consumers in class actions pending in state and federal courts throughout the United States. During the

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

5

firm's successful history, SBTK has recovered billions of dollars on behalf of its clients and class members. SBTK is comprised of over 60 attorneys and a substantial support staff (consisting of paralegals, in-house investigators, clerks and administrative personnel).

In addition to its experience in prosecuting complex wage and hour cases, SBTK has extensive experience and expertise in large, complex class actions in such areas as securities, mergers and acquisitions, ERISA, consumer fraud and antitrust, and in shareholder derivative suits and mass tort litigation. SBTK is one of the largest and most successful plaintiffs' class action firms in the United States. SBTK is acting as lead or co-counsel in many large class actions and has extensive experience in multidistrict litigation.

The firm was selected by the State of New Jersey to represent the State's interests in a securities class action against Tenet Healthcare. *In re Tenet Healthcare Corp. Sec. Litig.*, C.A. No. 02-8462-RSWL (partial settlement of over $200 million). Further, the firm currently serves as Co-Lead Counsel in *In re: Tyco International, Ltd. Securities Litig.*, MDL No. 02-1335-PB (D. N.H.) (settlement in excess of $3 billion granted preliminary approval).

Moreover, the firm's Employment and Labor Law Group is one of the foremost in the country and serves as lead or co-counsel in numerous class/collective actions. Specifically, the firm represents clients in several actions that are directly analogous to the above-captioned matters, including numerous cases involving an alleged failure to pay overtime wages. *See e.g., In re: Janney Montgomery Scott, LLC Financial Consultant Litig.*, No. 2:06 CV 03202 (E.D. Pa.). SBTK has participated in multiple proceedings before an MDL panel in directly analogous actions involving nationwide claims, *see In Re Wachovia Securities, LLC Wage & Hour Litig.*, MDL-1807, No. 05-CV-1031-DOC (C.D. Cal.), and participated in complex mediation proceedings involving analogous

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

6

national claims. *See e.g., Ellis v. Edward D. Jones & Co., L.P.*, No. 3:06 CV 66-KRG (W.D. Pa.). Due to its depth of experience, SBTK has been appointed lead or co-lead counsel in several directly analogous cases. *See, e.g., In re M.L. Stern Overtime Litig.*, No. 07-118-BTM (JMA) (S.D. Cal.) (appointing SBTK as lead counsel in analogous case). Further, SBTK is currently one of only six firms chosen to serve on the Plaintiffs' Executive Committee in *In re Wachovia Securities, LLC Wage & Hour Litig.*, MDL-1807, No. CV05-1031 DOC (RNBx) (C.D. Cal.), widely considered one of the largest stock broker wage and hour cases currently pending.

      SBTK's experience will prove invaluable to all phases of the prosecution of this case. *See e.g., Nowak v. Ford Motor Co.*, No. 06-11718, 2006 WL 3870399, *6 (E.D.Mich. Dec. 22, 2006) (appointing SBTK as co-lead counsel and noting the firm's "high level" of expertise and willingness to commit the "firm's resources" to the case). Indeed, the firm has extensive experience not only at the trial court level but also before appellate courts. *See In re Schering-Plough Corp. ERISA Litig.*, 420 F.3d 231, *amended by* No. 04-CV-3073, 2005 U.S. App. LEXIS 19826 (3d Cir. Sept. 15, 2005).

      Moreover, experience in this area also means that the firm's Employment & Labor Law Group is well-versed in conducting discovery relevant to these types of actions. SBTK is able to intake and process large volumes of relevant information in an efficient manner. In addition, the firm has worked extensively with investigators (in-house and third party), experts and other consultants in the course of discovery, in responding to dispositive motions (including summary judgment motion practice) and in exploring settlement alternatives for all types of cases.

      SBTK is committed to expending all resources necessary to achieve the best possible results for its clients and class members and has adopted a high standard

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

7

that guides its prosecutorial efforts, including a commitment to producing only the highest quality work product.

SBTK has an office in Walnut Creek, California, which will allow the firm to allocate resources in the case in a cost-effective and efficient manner. The SBTK attorneys based in California, Alan R. Plutzik, Robert M. Bramson and L. Timothy Fisher, have decades of experience litigating complex class actions in both state and federal courts in California, including wage and hour class actions. Further information can be found in SBTK's firm resume, a true and correct copy of which is attached to the Wells Decl. as Exhibit A.

## V.     CONCLUSION

For all the foregoing reasons, plaintiffs respectfully requests that this Court enter the proposed Pre-Trial Order No. 1 and appoint Cotchett, Pitre & McCarthy and Schiffrin Barroway Topaz & Kessler LLP as Co-Lead Counsel on behalf of Plaintiffs.

Dated: October 5, 2007          **COTCHETT, PITRE & McCARTHY**


By:  /s/ Niall P. McCarthy
        NIALL P. McCARTHY

**SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP**


By:  /s/ Gerald D. Wells, III
        GERALD D. WELLS, III

*Proposed Plaintiffs' Co-Lead Counsel*

Motion for Appointment of Lead Counsel; Memorandum of Points and Authorities
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

8