1  NIALL P. McCARTHY (#160175)
   nmccarthy@cpmlegal.com
2  NANCY L. FINEMAN (#124870)
   nfineman@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile:  (650) 697-0577
6
   GERALD D. WELLS III *(pro hac vice)*
7  gwells@sbtklaw.com
   **SCHIFFRIN BARROWAY TOPAZ**
8  **& KESSLER, LLP**
   280 King of Prussia Road
9  Radnor, PA 19087
   Telephone: (610) 667-7706
10 Facsimile: (610) 667-7056

11 Proposed Plaintiffs' Co-Lead Counsel

13                 UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C06-04291-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONSOLIDATE CASES AND FILE CONSOLIDATED COMPLAINT**<br><br>AND ORDER THEREON |

| | |
|---|---|
| CARLTON M. LENNON, individually, and on behalf of all other members of the general public similarly situated, JAMES L. THOMPSON, individually, and on behalf of all other members of the general public similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AXA ADVISORS, LLC; AXA NETWORK, LLC; and DOES 1 through 20, inclusive,<br><br>            Defendants. | No. 07-01858 JSW |
| ANTHONY BOLEA, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>AXA ADVISORS, LLC and AXA EQUITABLE LIFE INSURANCE CO.,<br><br>            Defendants. | No. C07-02777 JSW |
| HARKANT DHRUV, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>AXA EQUITABLE LIFE INSURANCE CO., et al.<br><br>            Defendants. | No. C07-04368-JSW |

1  It is stipulated by the parties that the following cases pending before this
2  court shall be consolidated:
3  • *Meolu v. Axa Financial, Inc., et al.*, No. C 06-04291JSW;
4  • *Lennon v. Axa Advisors, LLC, et al.*, No. C 07-01858 JSW;
5  • *Bolea v. Axa Financial, Inc., et al.*, No. C 06-04291 JSW;
6  • *Dhruv v. Axa Equitable Life Insurance Company, et al.*, No. C 07-04368
7  JSW.
8  Consolidation of the cases pursuant to Fed. R. Civ. Proc. 42(a) is appropriate
9  because consolidation will result in a substantial savings of the resources of the
10 court and the parties, and no party will be prejudiced by consolidation.
11     The parties have also agreed that Plaintiffs may file a Consolidated
12 Complaint which will serve as the operative Complaint. The parties have met and
13 conferred regarding this complaint and are still meeting and conferring regarding
14 whether a certain company should be named as a defendant in the complaint. The
15 parties request that Plaintiffs have through October 19, 2007 to file the
16 Consolidated Complaint.
17     The foregoing stipulations in no way prejudice or restrict Defendants from
18 raising any objections or arguments in the future, including but not limited to: 1)
19 proper identification of defendants; 2) proper identification of class members or
20 the existence of a certifiable class or subclasses as the proper mode for resolving
21 these or any other cases in this or any other forum; 3) statute of limitations and
22 issues of relation back.
23 DATED: October 5, 2007          KERR & WAGSTAFFE LLP
24
25                        By:     /s/ Adrian J. Sawyer
                                  Adrian J. Sawyer
26                                Attorneys for Defendants
27
28

Stipulation to Consolidate Cases and File Consolidated Complaint;
Case Nos. C06-04291 JSW; C07-01858 JSW; C07-02777 JSW; C07-04368-JSW

1

| | | |
|---|---|---|
| 1 | DATED: October 5, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 2 | | |

By:    /s/ Gerald D. Wells, III
        Gerald D. Wells, III
Counsel for Plaintiff PAUL MEOLA

DATED: October 5, 2007    INITIATIVE LEGAL GROUP LLP

By:    /s/ Joseph Cho
        Joseph Cho
Counsel for Plaintiffs CARLTON LENNON and JAMES THOMPSON

DATED: October 5, 2007    CARLSON LYNCH

By:    /s/ Gary F. Lynch
        Gary F. Lynch
Counsel for Plaintiff ANTHONY BOLEA

DATED: October 5, 2007    COTCHETT, PITRE & McCARTHY
JOHN M. KELSON LAW OFFICE

By:    /s/ Niall P. McCarthy
        Niall P. McCarthy
Counsel for Plaintiff HARKANT DHRUV

Based on the stipulation of the parties and good cause appearing, the Court hereby orders that the cases be consolidated and that Plaintiff may file a First Amended Consolidated Complaint, which complaint shall be filed on or before October 19, 2007.

SO ORDERED, this 10th day of October, 2007.

_____
Hon. Jeffrey S. White
United States District Court

Stipulation to Consolidate Cases and File Consolidated Complaint;
Case Nos. C06-04291 JSW; C07-01858 JSW; C07-02777 JSW; C07-04368-JSW

2